UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                  Plaintiff,

-against-

WARREN W. HELLER

                  Defendant.

Case No.: 21 MJ 8997 (MRG)

**ORDER OF DISMISSAL**

---

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

_\[signature\]_

Hon. Martin R. Goldberg,
United States Magistrate Judge

Dated: 31 day of March, 2022
Poughkeepsie, New York